DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MAUREEN C. BESSETTE (CABN 165775)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637 3680
    Fax: (510) 637-3724
    Email: Maureen.Bessette@usdoj.gov

Attorneys for United States of America

FILED
Jan 04 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE:<br><br>REQUEST FROM VIETNAM, | CR 4:21-xr-90002-KAW<br><br>Application for Order Pursuant to 18 U.S.C. § 3512 for Appointment of Commissioner to Execute Foreign Legal Assistance Request |

    The United States is seeking an Order appointing Assistant United States Attorney Maureen C. Bessette to be a Commissioner to collect evidence requested by Vietnam ("the Request") and to seek other Orders, as needed, to execute the Request, as authorized by 18 U.S.C. § 3512.[1] The Court has authority pursuant to 18 U.S.C. § 3512 and the Court's own inherent authority to appoint Assistant U.S. Attorney Bessette as Commissioner to take such actions as are required to execute the above-captioned

---

[1] The United States does not have a Mutual Legal Assistance Treaty with Vietnam but seeks to respond to Vietnam's request pursuant to the principle of reciprocity.

APPLICATION FOR ORDER

1

request.

DATED:  December 16, 2020                    Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

__*Maureen C. Bessette*_____
MAUREEN C. BESSETTE
Assistant United States Attorney

APPLICATION FOR ORDER